1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     JAKE MATTHEW HOUSER,                          No.  2:20-cv-0961 AC P

12                    Plaintiff,

13              v.                                    ORDER

14     JOSHUAR IRMY, et al.,

15                    Defendants.

16

17              Plaintiff, a Shasta County inmate proceeding pro se, has filed a civil rights action pursuant

18     to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

19     U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

20     plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

21     certified copy of his inmate trust account statement for the six-month period immediately

22     preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

23     opportunity to submit a completed in forma pauperis application and a certified copy in support of

24     his application.

25              In accordance with the above, IT IS HEREBY ORDERED that:

26              1.  Plaintiff shall submit, within thirty days from the date of this order, a completed

27     affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

28     of Court;

1

2.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 14, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE