UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE MATTHEW HOUSER, | No.  2:20-cv-0961 AC P |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA IRMY, et al., | |
| Defendants. | |

Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On May 15, 2020, plaintiff was directed to submit a fully completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  In response, plaintiff filed an application that did not include completion of the certification required at the end of Page Two.  Nor did plaintiff submit a certified copy of his jail trust account statement for the six-month period preceding the filing of his complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will again be provided the opportunity to submit a completed application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, plaintiff shall submit a fully completed application to proceed in forma pauperis that includes:  (a) completion of the certificate portion of the application by an authorized officer, and (b) a certified copy of plaintiff's jail trust account statement for the preceding six months.

1

2. Failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

3. The Clerk of the Court is directed to again send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: May 27, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE