UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE MATTHEW HOUSER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA IRMY, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-0961 AC P<br><br><br><br>ORDER |

　　　　Plaintiff, a county inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the request for leave to proceed in forma pauperis is again incomplete – specifically, the certificate portion of plaintiff's affidavit has not been completed (it is filled out by lacks an official signature), and plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period preceding the filing of his complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will again be provided the opportunity to submit a fully completed in forma pauperis affidavit together with a certified copy of his prison trust account.  This is the court's third order on this matter.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's motion for in forma pauperis, ECF No. 9, is denied without prejudice.

////

2.  Plaintiff shall, within thirty (30) days after the filing date of this order, submit: (1) a fully completed affidavit in support of his request to proceed in forma pauperis, including the certificate portion which must bear an official signature; <u>and</u> (2) a certified copy of plaintiff's inmate trust account statement for the six-month period preceding the filing of his complaint.

3.  Plaintiff's failure to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

4.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: June 9, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2